DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 54,370

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RAFAEL CHAVEZ, individually and dba 7 Mares Mexican Restaurant; 7 Mares Mexican Restaurant, an unknown business entity dba 7 Mares Mexican Restaurant, <br><br> Defendants. | CASE NO. CV 09-05640 WDK (FMOx) <br><br> EX PARTE APPLICATION FOR ENTRY OF ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 |

COMES NOW Plaintiff J & J SPORTS PRODUCTIONS, INC., who hereby moves this court ex parte for the issuance of an order authorizing the use of a process server to levy and execute under C.C.P. § 699.080, in the place and in lieu of the United States Marshal.

DATED: November 16, 2010          COOK COLLECTION ATTORNEYS

                                  By: /s/ David J. Cook
                                      DAVID J. COOK, ESQ. (SB# 060859)
                                  Attorneys for Plaintiff
                                  J & J SPORTS PRODUCTIONS, INC.

F:\USERS\DJCNEW\7mares6.exps